UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22848-CIV-GOLD

DENISE CALLEJA,

    Plaintiff,

v.

MICHAEL CHERTOFF,

    Defendant.
_____/

**CERTIFICATION OF TRANSFER TO MAGISTRATE JUDGE**

    This matter comes before the undersigned pursuant to Administrative Order 2008-09, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no fully briefed referred pending motions and is therefore, ready to be transferred to United States Magistrate Judge McAliley.

    DONE AND ORDERED at Miami, Florida, this **2nd** day of January, 2009.

                                                     JOHN J. O'SULLIVAN
                                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Gold
U.S. Magistrate Judge McAliley
All counsel of record